# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139249-50

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
      Plaintiff-Appellant,

v

ROZAFA TRANSPORT, INC. and
GJERGI RROGOMI,
      Defendants-Appellees,

and

GWENDOLYN NEILL, Personal Representative
of the Estate of WILLIAM J. NEILL, Deceased,
      Intervening Defendant-Appellee.

SC: 139249-50
COA: 283000; 283395
Macomb CC: 2006-004495-NI

_____/

On order of the Court, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116